Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Taylor C. Foss (Bar No. 253486)
tfoss@onellp.com
Victoria E. Mulvey (Bar No. 343220)
vmulvey@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

*Attorney for Plaintiffs,
Elizabeth Waterman and
NY Black and Gold Corporation*

Daniel C. Posner (Bar No. 232009)
danposner@quinnemanuel.com
Scott Schlafer (Bar No. 335708)
scottschlafer@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443 3000
Facsimile:   (213) 443 3100

*Attorneys for Defendant Twitter, Inc. dba X Corp.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ELIZABETH WATERMAN, an individual; and NY BLACK AND GOLD CORPORATION, a California corporation,<br><br>             Plaintiffs,<br><br>      v.<br><br>TWITTER, INC., a Delaware corporation; X CORP., a Delaware corporation; and DOES 1-10, inclusive,<br><br>             Defendants. | Case No. 2:24-cv-04881-AH-PD<br>Hon. Anne Hwang<br><br>**STIPULATION REGARDING DEFENDANT'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>[PROPOSED ORDER SUBMITTED CONCURRENTLY HEREWITH] |

**STIPULATION REGARDING DEFENDANT'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

WHEREAS, Plaintiffs Elizabeth Waterman and NY Black and Gold Corporation ("Plaintiffs") filed their Complaint on June 10, 2024 (Dkt. No. 1);

WHEREAS, Plaintiffs filed their First Amended Complaint ("FAC") on June 14, 2024 (Dkt. No. 12);

WHEREAS, on August 8, 2024, Defendant X Corp. ("Defendant") filed its Answer to the FAC (Dkt. No. 19);

WHEREAS, on January 17, 2025, Plaintiffs filed a stipulation for leave to file a Second Amended Complaint ("SAC") (Dkt. No. 31);

WHEREAS, on January 17, 2025, the Court entered an Order granting Plaintiffs' stipulation (Dkt. No. 32);

WHEREAS, on January 21, 2025, Plaintiffs filed the SAC to allege additional instances of infringement by Defendant and Defendant's alleged failure to take down many of the infringing posts alleged in the FAC (Dkt. No. 33);

WHEREAS, Plaintiffs and Defendant agree that Defendant is not required to file an amended answer because the SAC does not alter the theory or the scope of the case, *see KST Data, Inc. v. DXC Tech. Co.*, 980 F.3d 709, 715 (9th Cir. 2020) ("A defendant is not required to file a new answer to an amended complaint when the allegations in the amended complaint do not change the theory or scope of the case.") (citation and quotation omitted);

WHEREAS, Defendant denies the allegations in Plaintiffs' SAC and reserves all defenses to them; and

WHEREAS, the Parties agree that Defendant's Answer to the FAC applies to the SAC.

IT IS HEREBY STIPULATED AND AGREED, as follows:

Defendant's Answer to Plaintiffs' First Amended Complaint serves as its Answer to Plaintiffs' Second Amended Complaint.

Dated: February 4, 2025      **ONE LLP**

By: /s/ *Taylor Foss*
    Taylor C. Foss
    Peter R. Afrasiabi
    Victoria E. Mulvey
    Attorneys for Plaintiffs,
    Elizabeth Waterman and
    NY Black and Gold Corporation

Dated: February 4, 2025      **QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: /s/ *Daniel Posner*
    Daniel C. Posner
    Scott Schlafer
    Attorneys for Defendant,
    X Corp. d/b/a Twitter

**STIPULATION REGARDING DEFENDANT'S ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT**

**ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Scott Schlafer, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

By: /s/ *Scott Schlafer*
Scott Schlafer